FILED IN
COURT OF CRIMINAL APPEALS

April 24, 2015

ABEL ACOSTA, CLERK

AP-77,033
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/24/2015 9:35:07 AM
Accepted 4/24/2015 9:46:53 AM
ABEL ACOSTA
CLERK

CASE NO. AP-77,033

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

GEORGE THOMAS CURRY,
APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

TO THE HONORABLE JUDGES OF SAID COURT:

THE UNDERSIGNED ATTORNEY files this Motion to Withdraw pursuant to TEX. R. APP. P. 6.5:

I.

The appellant has been guilty of capital murder and sentenced to death.  The appeal of his case is automatic.

II.

The appellant remained indigent at the conclusion of his trial and received appointed counsel for the purpose of direct appeal.

III.

The appellant's initial appellate attorney was allowed to withdraw.

The undersigned attorney was appointed to represent the appellant on May 14, 2014.

IV.

This Court has granted two prior requests for extension of time to file the appellant's brief.  The appellant's brief is now due on April 24, 2015.

## V.

The attorney for the appellant will not be able to complete the appellant's brief by April 24, 2015 and requests that he be allowed to withdraw. This request is made to ensure that the appellant has counsel that will be able to devote all of the time and effort that is necessary to complete a death penalty capital murder brief. This request is also made to ensure that this Court will have counsel representing the appellant who will be able to move forward with the case without further delay.

## VI.

Counsel is advising the trial court of the filing of this motion and will provide it with a courtesy copy. Counsel will advise the trial court of the need to appoint new counsel to represent Mr. Curry who remains indigent.

## VII.

Counsel is also advising the appellant of the filing of this motion by direct and certified mail. A copy of counsel's letter is attached as Exhibit A.

## VIII.

Counsel has never requested leave to withdraw as appellate counsel before except in an *Anders* Brief. This request is made because of prior and present demands of other cases that prevent counsel from completing the appellant's brief. These include, but are not limited to:

A. Counsel tried a one week non-death capital murder case entitled ***The State of Texas v. Than Hoang*** in early August, 2014.

B. Counsel tried a one-week aggravated robbery case entitled ***The State of Texas v. Enitor Cole*** in early September, 2014.

C. Counsel tried a death penalty capital case that lasted seven weeks in a case entitled ***The State of Texas v. Warren Rivers.***

D.    In December, 2014 counsel completed and filed a brief in *Brian Victorian v. The State of Texas*.

E.    In early January, 2015 the counsel's father died in Cleveland, Ohio and he had to attend to arrangements in Cleveland related to his funeral services.

F.    Counsel tried a one week aggravated sexual assault case in a case entitled *The State of Texas v. Richard Owings* in late January, 2015.

G.    Counsel tried an assault on a public servant in a case entitled *The State of Texas v. Tommy Alexander* in mid-February, 2015.

H.    Counsel tried a child custody case entitled *In the Interest of N.J.J.* in the 308th District Court of Harris County, Texas in mid-February, 2015.

I.    Counsel completed and filed the brief in *Daniel Rodriguez v. The State of Texas* in mid-February, 2015.

J     Counsel will complete the non-death capital murder brief in a case entitled *Johntay Gibson* on or before April 27, 2015.

K.    Counsel has multiple trials of significant severity scheduled in early May and early June, 2015.

IV.

This motion is not intended for the purposes of delay but only so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney requests that the Court grant this Motion.

Respectfully submitted,

/s/ KURT B. WENTZ

KURT B. WENTZ
5629 Cypress Creek Parkway,
Suite 115
Houston, Texas 77069
Phone: 281/587-0088
State Bar No. 21179300
e-mail:  kbsawentz@yahoo.com
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I, Kurt B. Wentz, hereby certify that a true and correct copy of the Appellant's Motion to Withdraw was personally served on the Assistant District Attorney for Harris County, Texas presently handling this Cause on the 24th day of February, 2015.

/s/ KURT B. WENTZ
KURT B. WENTZ